### UNITED STATES of America, Plaintiff–Appellee,

v.

### Alejandro OLIVER–LOZANO, Also Known as Alejandro Oliver, Defendant–Appellant.

#### No. 15–41049
#### Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 15, 2016.

William Richardson Tatum, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Sherman, TX, for Plaintiff–Appellee.

Alejandro Oliver–Lozano, Washington, MS, pro se.

Denise S. Benson, Esq., Assistant Federal Public Defender, Federal Defender's

Office, Sherman, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Alejandro Oliver–Lozano has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Oliver–Lozano has filed a response.

The record is not sufficiently developed for a fair evaluation of Oliver–Lozano's claims of ineffective assistance of counsel, as to which we express no view. We decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.2014).

We have examined counsel's brief, relevant portions of the record reflected therein, and Oliver–Lozano's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.